UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KURT VALENTI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH ABATE. JR., SUPERINTENENT LYNDHURST PUBLIC SCHOOL DISTRICT, JOHN SEDLOCK, the BOARD OF EDUCATION OF THE TOWNSHIP OF LYNDHURST, and JOHN DOES 1-5,<br><br>　　　　　Defendants. | Civ. Action No. 08-1609 (KSH)<br><br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

　　For the reasons expressed in the opinion filed herewith,

　　**IT IS** on this 31st day of December, 2009,

　　**ORDERED** that defendants' summary judgment motion [D.E. 32] is **granted** as to plaintiff's federal claims; and it is further

　　**ORDERED** that inasmuch as the Court declines to exercise supplemental jurisdiction over the state claims in the complaint, the Clerk of the Court is directed to close this matter.

　　　　　　　　　　　　　　　　　　　　　　/s /Katharine S. Hayden
　　　　　　　　　　　　　　　　　　　　　　Katharine S. Hayden, U.S.D.J.